UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Dorothy A. Peterson and
Norman E. Peterson,

        Plaintiffs,

                                ORDER ADOPTING
vs.                        REPORT AND RECOMMENDATION

C.B. Fleet Company, Inc.,
a Virginia corporation,

        Defendant.         Civ. No. 08-5282 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That this action is dismissed for failure to comply with this Court's Order of February 2, 2009, for failure to effect proper service on the Defendant, and for lack of prosecution.

DATED:    03/23/09                                      s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Court